# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DEONTE M. NICHOLS,

    Plaintiff,

v.                                  CASE NO. 5:18cv159/MCR/EMT

DEONTE MARQUISE NICHOLS,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 17, 2018. ECF No. 8. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This action is **DISMISSED, with prejudice**, as frivolous, pursuant to 28 U.S.C. § 1915A.

3. All pending motions are **DENIED** as moot.

4. The clerk shall enter judgment accordingly and close this case.

**DONE AND ORDERED** this 15th day of August 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**